## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
### SECOND JUDICIAL DISTRICT

| | | |
|---|---|---|
| NORA BEAUCHAMP | ) | |
| | ) | **PLAINTIFF DEMANDS JURY TRIAL** |
| **Plaintiffs** | ) | |
| vs. | ) | Case No.  A2402-23-121 |
| | ) | |
| TARGET CORPORATION | ) | |
| | ) | FILED |
| **Defendant.** | ) | JUN 06 2023 |
| | ) | CONNIE LADNER |
| | ) | CIRCUIT CLERK |

**COMPLAINT**

BY:_____D.C.

COMES NOW the Plaintiff, NORA BEAUCHAMP, by and through her undersigned attorneys, Andy Citrin Injury Attorneys, P.C., and sues the Defendant, TARGET CORPORATION, and states the following, to-wit:

### PARTIES

### I.

That Plaintiff, NORA BEAUCHAMP, is a resident citizen of Jackson County, Mississippi.

### II.

That Defendant, TARGET CORPORATION, is a foreign corporation doing business in Mississippi and may be served with process through their registered agent, CT Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, MS 39232.

### JURISDICTION

### III.

This Complaint involves an accident that occurred on or about April 22, 2022, in the Second Judicial District of Harrison County, Mississippi.

1

## FACTUAL BACKGROUND

### IV.

That on or about April 22, 2022, Plaintiff, NORA BEAUCHAMP, was a patron and invitee of the Target store, located at 3867 Promenade Parkway, D'Iberville, Mississippi, when Nora Beauchamp was injured by a display.

### V.

At the time of the incident, Ms. Beauchamp's travel was obstructed by an uneven floor and/or riser when she tripped over the display that "jutted" out beyond where the shelving stopped. Thereby leaving a dangerous condition in the Plaintiff's path. The Defendant knew or should have known of the dangerous condition and/or created the dangerous condition. The Defendant failed to warn of dangers, such as displays that were low to the ground. When Plaintiff, Nora Beauchamp, was walking, she tripped over the display causing her permanent severe injuries.

### COUNT ONE

### NEGLIGENCE

### VI.

Plaintiff hereby adopts each and every paragraph preceding Count One of this Complaint and makes same a part of this Count.

### VII.

That Defendant, TARGET CORPORATION, negligently failed to provide a safe store for patrons of their facility, and/or failed to warn of the danger. The Defendant created the danger. The Defendant knew about the danger and failed to warn or remove the danger.

### VIII.

As a proximate result of the negligence of Defendant, TARGET CORPORATION,

2

Plaintiff, NORA BEAUCHAMP, was caused to suffer the following injuries and damages: Plaintiff, Nora Beauchamp, was injured; Plaintiff, Nora Beauchamp, was permanently injured; Plaintiff, Nora Beauchamp, was caused to suffer pain and suffering; Plaintiff, Nora Beauchamp, was caused to suffer mental anguish; and Plaintiff, Nora Beauchamp, was caused to suffer lost wages.

## IX.

Accordingly, the Plaintiff should be awarded compensatory damages and/or any other damages from and against the Defendant in an amount allowable by law, plus all taxable costs.

## COUNT TWO

## GROSS NEGLIGENCE

## X.

Allowing a hidden danger like a low-lying display in the store is gross negligence. As a result, the Defendant must pay the Plaintiff punitive damages.

## COUNT THREE

## DAMAGES

## XI.

As a proximate consequence of the aforesaid negligence, Plaintiff, NORA BEAUCHAMP, suffered the following damages: she incurred and continues to incur medical bills and expenses; she suffered and continues to suffer physical pain and mental anguish; she has suffered and will continue to suffer economic loss, including, but not limited to, she has incurred and will continue to incur out of pocket expenses and lost wages.

WHEREFORE, Plaintiff request this Court enter judgment against Defendant in such sum as determined by a jury to be just, reasonable, and adequate under the circumstances, plus all

taxable costs under Mississippi Law.  Plaintiff also request punitive damages as set by a jury under

Mississippi Law.

Respectfully submitted this the 31st day of May, 2023.

**PLAINTIFFS REQUEST TRIAL BY JURY**

**Andy Citrin Injury Attorneys, P.C.**

Attorney for Plaintiffs

MICHAEL L. FONDREN (MSB#8941)
Andy Citrin Injury Attorneys, P.C.
906 Convent Avenue
Pascagoula, MS  39567
Telephone:     228.888.8822
Facsimile:     251.888.8000
Michael@citrinlaw.com

4

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

**Court Identification Docket #**

| 2 | 4 | 1 | 2 | | CI |
|---|---|---|---|---|---|
County # | Judicial District | Court ID (CH, CI, CO)

**Case Year**

| 2 | 0 | 2 | 3 |

**Docket Number**

| 0 | 0 | 1 | 2 | 1 |

Local Docket ID

Mississippi Supreme Court    Form AOC/01
Administrative Office of Courts    (Rev 2020)

| 0 | 6 | 0 | 6 | 2 | 3 |
Month    Date    Year
This area to be completed by clerk

Case Number if filed prior to 1/1/94

In the  CIRCUIT     Court of  HARRISON     County  —  SECOND  Judicial District

## Origin of Suit (Place an "X" in one box only)

☐ Initial Filing    ☐ Reinstated    ☐ Foreign Judgment Enrolled    ☐ Transfer from Other court    ☐ Other
☐ Remanded    ☐ Reopened    ☐ Joining Suit/Action    ☐ Appeal

## Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

**Individual**  BEAUCHAMP     NORA
_____ Last Name     First Name     Maiden Name, if applicable     M.I.     Jr/Sr/III/IV

_____ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

_____ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

**Business** _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
_____ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

**Address of Plaintiff** _____

**Attorney (Name & Address)**  MICHAEL L. FONDREN, 906 CONVENT AVE., PASCAGOULA, MS 39567     MS Bar No. 8941
_____ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing:

## Defendant - Name of Defendant - Enter Additional Defendants on Separate Form

**Individual**
_____ Last Name     First Name     Maiden Name, if applicable     M.I.     Jr/Sr/III/IV
_____ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____
_____ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

**Business**  TARGET CORPORATION
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
_____ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

**Attorney (Name & Address) - If Known** _____     MS Bar No. _____

_____ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

## Nature of Suit (Place an "X" in one box only)

| Domestic Relations | Business/Commercial |
|---|---|
| ☐ Child Custody/Visitation | ☐ Accounting (Business) |
| ☐ Child Support | ☐ Business Dissolution |
| ☐ Contempt | ☐ Debt Collection |
| ☐ Divorce:Fault | ☐ Employment |
| ☐ Divorce: Irreconcilable Diff. | ☐ Foreign Judgment |
| ☐ Domestic Abuse | ☐ Garnishment |
| ☐ Emancipation | ☐ Replevin |
| ☐ Modification | ☐ Other _____ |
| ☐ Paternity | **Probate** |
| ☐ Property Division | ☐ Accounting (Probate) |
| ☐ Separate Maintenance | ☐ Birth Certificate Correction |
| ☐ Term. of Parental Rights-Chancery | ☐ Mental Health Commitment |
| ☐ UIFSA (eff 7/1/97; formerly URESA) | ☐ Conservatorship |
| ☐ Other _____ | ☐ Guardianship |
| **Appeals** | ☐ Joint Conservatorship & Guardianship |
| ☐ Administrative Agency | ☐ Heirship |
| ☐ County Court | ☐ Intestate Estate |
| ☐ Hardship Petition (Driver License) | ☐ Minor's Settlement |
| ☐ Justice Court | ☐ Muniment of Title |
| ☐ MS Dept Employment Security | ☐ Name Change |
| ☐ Municipal Court | ☐ Testate Estate |
| ☐ Other _____ | ☐ Will Contest |
| | ☐ Alcohol/Drug Commitment (Involuntary) |

| Children/Minors - Non-Domestic | |
|---|---|
| ☐ Alcohol/Drug Commitment (Voluntary) | |
| ☐ Other _____ | |
| ☐ Adoption - Contested | |
| ☐ Adoption - Uncontested | |
| ☐ Consent to Abortion | |
| ☐ Minor Removal of Minority | |
| ☐ Other _____ | |
| **Civil Rights** | |
| ☐ Elections | |
| ☐ Expungement | |
| ☐ Habeas Corpus | |
| ☐ Post Conviction Relief/Prisoner | |
| ☐ Other _____ | |
| **Contract** | |
| ☐ Breach of Contract | |
| ☐ Installment Contract | |
| ☐ Insurance | |
| ☐ Specific Performance | |
| ☐ Other _____ | |
| **Statutes/Rules** | |
| ☐ Bond Validation | |
| ☐ Civil Forfeiture | |
| ☐ Declaratory Judgment | |
| ☐ Injunction or Restraining Order | |
| ☐ Other _____ | |

| Real Property | |
|---|---|
| ☐ Adverse Possession | |
| ☐ Ejectment | |
| ☐ Eminent Domain | |
| ☐ Eviction | |
| ☐ Judicial Foreclosure | |
| ☐ Lien Assertion | |
| ☐ Partition | |
| ☐ Tax Sale: Confirm/Cancel | |
| ☐ Title Boundary or Easement | |
| ☐ Other _____ | |
| **Torts** | |
| ☐ Bad Faith | |
| ☐ Fraud | |
| ☐ Intentional Tort | |
| ☐ Loss of Consortium | |
| ☐ Malpractice - Legal | |
| ☐ Malpractice - Medical | |
| ☐ Mass Tort | |
| ☐ Negligence - General | |
| ☐ Negligence - Motor Vehicle | |
| ☒ Premises Liability | |
| ☐ Product Liability | |
| ☐ Subrogation | |
| ☐ Wrongful Death | |
| ☐ Other _____ | |

## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
### SECOND JUDICIAL DISTRICT

NORA BEAUCHAMP                              )
                                            )
    **Plaintiffs**                       )      **PLAINTIFF DEMANDS JURY TRIAL**
**vs.**                                     )
                                            )      **Case No.**    A2402-23-121
**TARGET CORPORATION**                      )
                                            )
    **Defendant.**                      )
                                            )

### SUMMONS

**THE STATE OF MISSISSIPPI**

    **TO:**    **TARGET CORPORATION**
            **c/o CT Corporation System**
            **645 Lakeland East Drive, Suite 101**
            **Flowood, MS  39232**

### NOTICE TO DEFENDANT

    **THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

    You are required to mail or hand deliver a copy of a written response to the Complaint to <u>MICHAEL L. FONDREN</u>, attorney for the Plaintiff, whose address is <u>906 Convent Avenue, Pascagoula, MS  39567</u>.  Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

    You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

    **ISSUED** under my hand and the seal of said Court this the 6th day of June 2023.

                                      **CONNIE LADNER**
                          **CIRCUIT CLERK, HARRISON CO., MS**
                            730 Dr. Martin Luther King Jr Blvd
                                 BILOXI, MS  39530

            BY                                  D.C.

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

NORA BEAUCHAMP                              )
                                            )
        **Plaintiffs**                      )        PLAINTIFF DEMANDS JURY TRIAL
vs.                                         )
                                            )        Case No.  A2402-23-121
TARGET CORPORATION                          )
                                            )
        Defendant.                          )
                                            )
                                            )

## SUMMONS

THE STATE OF MISSISSIPPI

    TO:    **TARGET CORPORATION**
           c/o CT Corporation System
           645 Lakeland East Drive, Suite 101
           Flowood, MS  39232

## NOTICE TO DEFENDANT

        THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS
IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR
RIGHTS.

        You are required to mail or hand deliver a copy of a written response to the Complaint to
MICHAEL L. FONDREN, attorney for the Plaintiff, whose address is 906 Convent Avenue,
Pascagoula, MS 39567.  Your response must be mailed or delivered within thirty (30) days from
the date of delivery of this summons and complaint or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

        You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

        ISSUED under my hand and the seal of said Court this the 6th day of June 2023.

                                            CONNIE LADNER
                                            CIRCUIT CLERK, HARRISON CO., MS
                                            730 Dr. Martin Luther King Jr Blvd
                                            BILOXI, MS 39530

                                            _____ D.C.

        Case: 24CI2:23-cv-00121      Document #: 2      Filed: 06/06/2023      Page 1 of 1

**PROOF OF SERVICE**

NAME: *Target Corp. C/o CT Corp*

CAUSE NO. *A 2402 - 23 - 121*

I, **Charles Lindsay** the undersigned process server, served the **SUMMONS & COMPLAINT** upon the person or entity named above in the manner set forth below

X **PERSONAL SERVICE.** I personally delivered copies of the **SUMMONS & COMPLAINT** to *Matt Th. Bodeaux* on the *8* day of June, 2023, where I found said person(s) in *Rankin* County of State of MISSISSIPPI.

___ **RESIDENCE SERVICE.** After exercising reasonable diligence I was unable to deliver copies of the SUMMONS & COMPLAINT to _____ within _____ County, State of Mississippi. I served the summons and complaint on the _____ day of _____, 2023, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____, who is the _____, a member of the family of the person served above the age of sixteen years and mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left on the _____day of_____, 2022

*Process server* **Name:  Charles Lindsay**
**Address: P. O. Box 1656 Brandon, MS 39043**
 **Telephone:  (601) 941- 6348**

STATE OF MISSISSIPPI
COUNTY OF RANKIN

        Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named **CHARLES LINDSAY**, who being first duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service" are true and correct as therein stated.

_____
PROCESS SERVER (Signature)

Sworn to and subscribed before me, this the *11* day of June, 2023.

_____
NOTARY PUBLIC

My Commission Expires: 3-1-25

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 289851
JASON SMITH
Commission Expires
March 1, 2025
RANKIN COUNTY

## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
### SECOND JUDICIAL DISTRICT

**NORA BEAUCHAMP**                                                    **PLAINTIFF**

**VS.**                                                    **CAUSE NO. 23-121**

**TARGET CORPORATION**                                                    **DEFENDANTS**

## NOTICE OF FILING NOTICE OF REMOVAL

      Connie Ladner, Circuit Clerk
      Harrison County Circuit Court
      Post Office Box 998
      Gulfport, MS 39502

      PLEASE TAKE NOTICE that on July 7, 2023, Defendant Target Corporation, filed with the United States District Court for the Southern District of Mississippi, Southern District its Notice of Removal, a copy of which is attached to this Notice as Exhibit "A."

      RESPECTFULLY SUBMITTED this the 7th day of July, 2023.

                **TARGET CORPORATION**

                By Its Attorneys

                WATKINS & EAGER PLLC

             By:    /s/*Jimmy B. Wilkins*
                     Jimmy B. Wilkins

OF COUNSEL:
Jimmy B. Wilkins (MSB No. 10773)
Watkins & Eager PLLC
400 East Capitol Street (39201)
Post Office Box 650
Jackson, Mississippi  39205
Telephone: (601) 965-1900
Facsimile: (601) 965-1901
Email: jwilkins@watkinseager.com

## <u>CERTIFICATE OF SERVICE</u>

I, Jimmy B. Wilkins, hereby certify that I have this date sent a true and correct copy of this

document by filing it on the courts MEC system which sent an electronic copy to the following:

Michael Fondren (MSB# 8941)
Andy Citrin Injury Attorneys, P.C.
906 Convent Avenue
Pascagoula, MS 39567
Phone: 228-888-8822
Fax: 228-888-8000
Email: michael@citrinlaw.com

RESPECTFULLY SUBMITTED this the 7th  day of July, 2023.

/s/ Jimmy B. Wilkins
Jimmy B. Wilkins



**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

NORA BEAUCHAMP                                                    **PLAINTIFF**

VS.                                              CAUSE NO. 1:23CV1103 LG-RPM

TARGET CORPORATION                                               **DEFENDANT**

## NOTICE OF REMOVAL

**TO:**   Michael L. Fondren
         Andy Citrin Injury Attorneys, P.C.
         906 Convent Avenue
         Pascagoula, MS 39567

         Connie Ladner, Circuit Clerk
         Harrison County Circuit Court
         Post Office Box 998
         Gulfport, MS 39502

In accordance with 28 U.S.C. §§ 1332, 1441 and 1446, you are hereby notified that

Defendant Target Corporation has removed this civil action from the Circuit Court of Harrison

County, Mississippi to the United States District Court for the Southern District of Mississippi,

Southern Division, and in support thereof would show unto the Court the following:

1.      This is a premises liability action. Plaintiff alleges that on or about April 22, 2022,

while shopping at the Target Store located at 3867 Promenade Parkway, D'Iberville, MS she was

injured while falling over a display.

2.      On June 6, 2023, Plaintiff filed an action in the Circuit Court of Harrison County,

Mississippi, entitled *Nora Beachamp vs. Target Corporation* Cause No. 23-CV-00121. See

Exhibit A, Complaint contained in all process, pleadings served upon Defendant.

3.      Target Corporation received a copy of the Summons and Complaint on June 8,

2023.

1

**EXHIBIT "A"**

4.      Pursuant to 28 U.S.C. section 1446 (b) this Notice of Removal is filed within thirty (30) days after the first receipt by any properly joined defendant of a copy of the initial pleading for the claim for relief upon which this action is based.

5.      Pursuant to 28 U.S.C. section 1446 (c) a case may not be removed on the basis of diversity jurisdiction more than 1 year after commencement of the action.  It has not been more than one year after commencement of the action since this action was initially filed on June 6, 2023.

<u>**GROUNDS FOR REMOVAL**</u>

6.      This Court has jurisdiction over the matter, and this matter is properly removed to this Court, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

7.      The United States District Court for the Southern District of Mississippi, Southern Division, had, at the time the suit was filed, and now has, original subject matter jurisdiction of this civil action because there is complete diversity of citizenship among all properly joined parties, pursuant to 28 U.S.C § 1332, and because the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs and is between citizens of different states.

**A.      The Matter in Controversy Exceeds Sum of $75,000**

8.      It is undisputed that the amount in controversy in this action, exclusive of interest and costs, exceed the statutory minimum amount for diversity jurisdiction of $75,000. *See* 28 U.S.C. § 1332(a).  The Complaint seeks unspecified damages to such a sum as determined by a jury. Defendant denies any wrongdoing. The amount in controversy exceeds $75,000.  Plaintiff has alleged that the subject incident caused her permanent severe injuries.  Plaintiff has also alleged that she was permanently injured, was caused to suffer pain and suffering, mental anguish, and was caused to suffer lost wages.  The complaint also alleges incurring of medical bills and

2

expenses, physical pain and mental anguish, as well as pocket expenses and lost wages. Further, Plaintiff also seeks punitive damages alleging that the actions of Defendant were the result of gross negligence. Defendant denies any wrongdoing but such establishes that the amount in controversy is in excess of $75,000 especially given the claim for permanent injury and seeking of punitive damages.

9.      Pursuant to 28 U.S.C. § 1446 (c)(2) the sum demanded in the initial pleading shall be deemed to be the actual amount in controversy. Accordingly, the amount in controversy exceeds the sum of $75,000.

**B.      The Matter is Between Citizens of Different States**

10.      A case is removable on diversity grounds if diversity of citizenship can be ascertained from the face of a plaintiff's complaint or if facts are disclosed in pleadings, motions or papers "from which it may first be ascertained that the case is one which is or has become removable . . .." 28 U.S.C. § 1446(b)(3).

11.      The named Plaintiff is domiciled in the State of Mississippi and is thus a citizen of Mississippi. The Complaint alleges that Plaintiff is a citizen of Jackson County, Mississippi [Compl. ¶ 1]. Defendant Target Corporation is a corporation and pursuant to 28 U.S.C. § 1332 it is thus deemed a citizen of every State and foreign state by which it has been incorporated and of the State where it has its principal place of business. Defendant Target Corporation is a citizen of Minnesota. Defendant is incorporated in the State of Minnesota with its principal place of business in Minnesota, and thus is a citizen of Minnesota.

12.      Accordingly, there is complete diversity between all named plaintiffs and all named defendants. Plaintiff is a citizen of Mississippi and Defendant is a citizen of Minnesota. Further,

no party in interest and properly joined as a defendant is a citizen of the State in which this action is brought (Mississippi).

### C.   This Action May be Removed to the Southern Division of this Court

13.     Pursuant to 28 U.S.C. section 1441 (a) a State court action in which a district court of the United States has original jurisdiction may be removed by the defendant to the district of the United States for the district and division embracing the place where such action is pending.

14.     This civil action was initially brought in State court in the Circuit Court of Harrison County, Mississippi.  This action may be removed to this district court because it has original jurisdiction under 28 U.S.C. 1332 as established above.  Harrison County is in the United States District Court for the Southern District of Mississippi and the Southern Division embraces the place where this action was initially filed.  Therefore, venue for removal is proper under 28 U.S.C. § 1446(a) because this is the "district and division within which such action is pending . . .." *See* 28 U.S.C. § 1446(a).  Accordingly, this action may be removed to this Court, Southern Division.

16.     No previous application has been made for the relief requested herein.

17.     Pursuant to 28 U.S.C. §1446(a), a copy of all process, pleadings, and orders received by this removing Defendant is attached hereto as Exhibit "A".  A copy of the of the entire state court record will be filed within 14 days of filing of this Notice of Removal pursuant to Local Rule 5(b)(1).

18.     A copy of this Notice of Removal is being served on Plaintiff, by and through his counsel of record and the Circuit Clerk of Harrison County, Mississippi.

19.     Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendant's right to assert defenses including, without limitation, the defenses of (i) lack of personal jurisdiction, (ii) improper venue and/or *forum non conveniens*, (iii)

4

insufficiency of process, (iv) insufficiency of service of process, (v) improper joinder of claims and/or parties, (vi) failure to state a claim, (vii) failure to join indispensable party(ies), or (viii) any other procedural or substantive defense available under state or federal law.

WHEREFORE, Target Corporation serves this notice and hereby removes this action pursuant to 28 U.S.C §§ 1332, 1441 and 1446, and Plaintiff herein is notified to attempt to proceed no further in this action in the Harrison County, Mississippi, unless by Order of the United States District Court for the Southern District of Mississippi, Northern Division. Defendant Target Corporation requests this Court to properly assume full jurisdiction over this matter as provided by law.

RESPECTFULLY SUBMITTED this the 7th day of July, 2023.

**TARGET CORPORATION**

By Its Attorneys

WATKINS & EAGER PLLC

BY: _Jimmy Wilkins_

Jimmy B. Wilkins

OF COUNSEL:

Jimmy B. Wilkins (MSB No. 10773)
WATKINS & EAGER PLLC
400 East Capitol Street (39201)
P. O. Box 650
Jackson, MS 39205
Phone: 601-965-1900; Fax: 601-965-1901
Email: jwilkins@watkinseager.com

5

## **CERTIFICATE OF SERVICE**

I, Jimmy B. Wilkins, hereby certify that I have this date sent a true and correct copy of this

document by electronic mail to the following:

Michael Fondren (MSB# 8941)
Andy Citrin Injury Attorneys, P.C.
906 Convent Avenue
Pascagoula, MS 39567
Phone: 228-888-8822
Fax: 228-888-8000
Email: michael@citrinlaw.com


Via MEC:

Connie Ladner, Circuit Clerk
Harrison County Circuit Court
Post Office Box 998
Gulfport, MS 39502


This the 7th day of July 2023.

BY: _Jimmy Wilkins_
Jimmy B. Wilkins

6

## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
### SECOND JUDICIAL DISTRICT

NORA BEAUCHAMP )
 )
    **Plaintiffs** )   **PLAINTIFF DEMANDS JURY TRIAL**
 )
**vs.** )
 )   **Case No.** A2402-23-121
TARGET CORPORATION )
 )
    **Defendant.** )
 )
 )

FILED

JUN 06 2023

CONNIE LADNER
CIRCUIT CLERK

BY:_____D.C.

## COMPLAINT

COMES NOW the Plaintiff, NORA BEAUCHAMP, by and through her undersigned attorneys, Andy Citrin Injury Attorneys, P.C., and sues the Defendant, TARGET CORPORATION, and states the following, to-wit:

### PARTIES

#### I.

That Plaintiff, NORA BEAUCHAMP, is a resident citizen of Jackson County, Mississippi.

#### II.

That Defendant, TARGET CORPORATION, is a foreign corporation doing business in Mississippi and may be served with process through their registered agent, CT Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, MS 39232.

### JURISDICTION

#### III.

This Complaint involves an accident that occurred on or about April 22, 2022, in the Second Judicial District of Harrison County, Mississippi.

1

Case: 24CI2:23-cv-00121   Document #: 1   Filed: 06/06/2023   Page 1 of 4
**EXHIBIT "A"**
Case: 24CI2:23-cv-00121   Document #: 5   Filed: 07/07/2023   Page 9 of 17

## FACTUAL BACKGROUND

### IV.

That on or about April 22, 2022, Plaintiff, NORA BEAUCHAMP, was a patron and invitee of the Target store, located at 3867 Promenade Parkway, D'Iberville, Mississippi, when Nora Beauchamp was injured by a display.

### V.

At the time of the incident, Ms. Beauchamp's travel was obstructed by an uneven floor and/or riser when she tripped over the display that "jutted" out beyond where the shelving stopped. Thereby leaving a dangerous condition in the Plaintiff's path. The Defendant knew or should have known of the dangerous condition and/or created the dangerous condition. The Defendant failed to warn of dangers, such as displays that were low to the ground. When Plaintiff, Nora Beauchamp, was walking, she tripped over the display causing her permanent severe injuries.

### COUNT ONE

### NEGLIGENCE

### VI.

Plaintiff hereby adopts each and every paragraph preceding Count One of this Complaint and makes same a part of this Count.

### VII.

That Defendant, TARGET CORPORATION, negligently failed to provide a safe store for patrons of their facility, and/or failed to warn of the danger. The Defendant created the danger. The Defendant knew about the danger and failed to warn or remove the danger.

### VIII.

As a proximate result of the negligence of Defendant, TARGET CORPORATION,

2

Plaintiff, NORA BEAUCHAMP, was caused to suffer the following injuries and damages: Plaintiff, Nora Beauchamp, was injured; Plaintiff, Nora Beauchamp, was permanently injured; Plaintiff, Nora Beauchamp, was caused to suffer pain and suffering; Plaintiff, Nora Beauchamp, was caused to suffer mental anguish; and Plaintiff, Nora Beauchamp, was caused to suffer lost wages.

IX.

Accordingly, the Plaintiff should be awarded compensatory damages and/or any other damages from and against the Defendant in an amount allowable by law, plus all taxable costs.

**COUNT TWO**

**GROSS NEGLIGENCE**

**X.**

Allowing a hidden danger like a low-lying display in the store is gross negligence. As a result, the Defendant must pay the Plaintiff punitive damages.

**COUNT THREE**

**DAMAGES**

**XI.**

As a proximate consequence of the aforesaid negligence, Plaintiff, NORA BEAUCHAMP, suffered the following damages: she incurred and continues to incur medical bills and expenses; she suffered and continues to suffer physical pain and mental anguish; she has suffered and will continue to suffer economic loss, including, but not limited to, she has incurred and will continue to incur out of pocket expenses and lost wages.

WHEREFORE, Plaintiff request this Court enter judgment against Defendant in such sum as determined by a jury to be just, reasonable, and adequate under the circumstances, plus all

3

taxable costs under Mississippi Law.  Plaintiff also request punitive damages as set by a jury under Mississippi Law.

      Respectfully submitted this the 31st day of May, 2023.

**PLAINTIFFS REQUEST TRIAL BY JURY**

                               **Andy Citrin Injury Attorneys, P.C.**

                               Attorney for Plaintiffs

                               MICHAEL L. FONDREN (MSB#8941)
                               Andy Citrin Injury Attorneys, P.C.
                               906 Convent Avenue
                               Pascagoula, MS  39567
                               Telephone:     228.888.8822
                               Facsimile:     251.888.8000
                               Michael@citrinlaw.com

# COVER SHEET

## Civil Case Filing Form

*(To be completed by Attorney/Party Prior to Filing of Pleading)*

| Court Identification Docket # | Case Year | Docket Number |
|---|---|---|
| 2 4 2 CI | 2 0 2 3 | 0 0 1 2 1 |
| County # Judicial Court ID<br>District (CH, CI, CO) | | Local Docket ID |
| 0 6 0 6 2 3 | | |
| Month Date Year | | |
| This area to be completed by clerk | | |

Mississippi Supreme Court Form AOC/01
Administrative Office of Courts (Rev 2020)

Case Number if filed prior to 1/1/94

In the **CIRCUIT**    Court of    **HARRISON**    County — **SECOND** Judicial District

### Origin of Suit (Place an "X" in one box only)

- [ ] Initial Filing
- [ ] Remanded
- [ ] Reinstated
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

### Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

**Individual** BEAUCHAMP                    NORA

Last Name            First Name            Maiden Name, if applicable        M.I.    Jr/Sr/III/IV

____ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

____ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

**Business** _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
____ Check ( x ) if Business Planitiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

**Address of Plaintiff** _____

**Attorney (Name & Address)** MICHAEL L. FONDREN, 906 CONVENT AVE., PASCAGOULA, MS 39567    MS Bar No. **8941**
____ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney ____
Signature of Individual Filing: _____

### Defendant - Name of Defendant - Enter Additional Defendants on Separate Form

**Individual** _____

Last Name            First Name            Maiden Name, if applicable        M.I.    Jr/Sr/III/IV

____ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

____ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

**Business** TARGET CORPORATION
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
____ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

**Attorney (Name & Address) - If Known** _____    MS Bar No. ____

____ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet
### Nature of Suit (Place an "X" in one box only)

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion | [ ] Eminent Domain |
| [ ] Divorce:Fault | [ ] Employment | [ ] Minor Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff. | [ ] Foreign Judgment | [ ] Other | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | **Civil Rights** | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other | [ ] Expungement | [ ] Tax Sale: Confirm/Cancel |
| [ ] Paternity | **Probate** | [ ] Habeas Corpus | [ ] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [ ] Other | **Torts** |
| [ ] Term. of Parental Rights-Chancery | [ ] Mental Health Commitment | **Contract** | [ ] Bad Faith |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship | [ ] Breach of Contract | [ ] Fraud |
| [ ] Other | [ ] Guardianship | [ ] Installment Contract | [ ] Intentional Tort |
| **Appeals** | [ ] Joint Conservatorship & Guardianship | [ ] Insurance | [ ] Loss of Consortium |
| [ ] Administrative Agency | [ ] Heirship | [ ] Specific Performance | [ ] Malpractice - Legal |
| [ ] County Court | [ ] Intestate Estate | [ ] Other | [ ] Malpractice - Medical |
| [ ] Hardship Petition (Driver License) | [ ] Minor's Settlement | **Statutes/Rules** | [ ] Mass Tort |
| [ ] Justice Court | [ ] Muniment of Title | [ ] Bond Validation | [ ] Negligence - General |
| [ ] MS Dept Employment Security | [ ] Name Change | [ ] Civil Forfeiture | [ ] Negligence - Motor Vehicle |
| [ ] Municipal Court | [ ] Testate Estate | [ ] Declaratory Judgment | [X] Premises Liability |
| [ ] Other | [ ] Will Contest | [ ] Injunction or Restraining Order | [ ] Product Liability |
| | [ ] Alcohol/Drug Commitment (Involuntary) | [ ] Other | [ ] Subrogation |
| | | | [ ] Wrongful Death |
| | | | [ ] Other |

Top boxes: [ ] Alcohol/Drug Commitment (Voluntary)  [ ] Other

# IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
## SECOND JUDICIAL DISTRICT

| | | |
|---|---|---|
| NORA BEAUCHAMP | ) | |
| | ) | |
| **Plaintiffs** | ) | **PLAINTIFF DEMANDS JURY TRIAL** |
| **vs.** | ) | |
| | ) | Case No.  A2402-23-121 |
| **TARGET CORPORATION** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## SUMMONS

**THE STATE OF MISSISSIPPI**

> TO:  **TARGET CORPORATION**
> **c/o CT Corporation System**
> **645 Lakeland East Drive, Suite 101**
> **Flowood, MS  39232**

## NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand deliver a copy of a written response to the Complaint to MICHAEL L. FONDREN, attorney for the Plaintiff, whose address is 906 Convent Avenue, Pascagoula, MS 39567.  Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

**ISSUED** under my hand and the seal of said Court this the 6th day of June 2023.

**CONNIE LADNER**
CIRCUIT CLERK, HARRISON CO., MS
730 Dr. Martin Luther King Jr Blvd
BILOXI, MS  39530

BY _____ D.C.

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

NORA BEAUCHAMP )
)
    Plaintiffs )
                     ) **PLAINTIFF DEMANDS JURY TRIAL**
vs. )
) Case No.    A2402-23-121
TARGET CORPORATION )
)
    Defendant. )
)

## SUMMONS

THE STATE OF MISSISSIPPI

    TO:   **TARGET CORPORATION**
           c/o CT Corporation System
           645 Lakeland East Drive, Suite 101
           Flowood, MS 39232

### NOTICE TO DEFENDANT

    **THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

    You are required to mail or hand deliver a copy of a written response to the Complaint to MICHAEL L. FONDREN, attorney for the Plaintiff, whose address is 906 Convent Avenue, Pascagoula, MS 39567. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

    You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

    ISSUED under my hand and the seal of said Court this the 16th day of June 2023.

                                 **CONNIE LADNER**
                           CIRCUIT CLERK, HARRISON CO., MS
                           730 Dr. Martin Luther King Jr Blvd
                           BILOXI, MS 39530

                                          D.C.

## PROOF OF SERVICE

NAME: _Target Corp. c/o CT Corp_

CAUSE NO. _A 2402 - 23 - 121_

I, **Charles Lindsay** the undersigned process server, served the **SUMMONS & COMPLAINT** upon the person or entity named above in the manner set forth below

☒ PERSONAL SERVICE. I personally delivered copies of the **SUMMONS & COMPLAINT** to _Matt Th. Bodeaux_ on the _8_ day of June, 2023, where I found said person(s) in _Rankin_ County of State of MISSISSIPPI.

☐ RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies of the SUMMONS & COMPLAINT to _____ within _____ County, State of Mississippi. I served the summons and complaint on the _____ day of _____, 2023, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____, who is the _____, a member of the family of the person served above the age of sixteen years and mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left on the _____ day of _____, 2022

*Process server* **Name:  Charles Lindsay**
**Address: P. O. Box 1656 Brandon, MS 39043**
 **Telephone:  (601) 941- 6348**

STATE OF MISSISSIPPI
COUNTY OF RANKIN

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named **CHARLES LINDSAY,** who being first duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service" are true and correct as therein stated.

_____
PROCESS SERVER (Signature)

Sworn to and subscribed before me, this the _11_ day of June, 2023.

_____
NOTARY PUBLIC

My Commission Expires: 3-1-25

*(Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 289851 JASON SMITH Commission Expires March 1, 2025 RANKIN COUNTY)*

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

*I.23CV103LG-RPM*

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
JUL 07 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

## I. (a) PLAINTIFFS
Nora Beauchamp

### DEFENDANTS
Target Corporation

**(b)** County of Residence of First Listed Plaintiff  Jackson
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Minnesota
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Michael Fondren, Andy Citrin Injury Attorneys, P.C., 906 Covent Ave, Pascagoula, MS 39567, 228-888-8822

Attorneys *(If Known)*
Jimmy B. Wilkins, Watkins and Eager, PO Box 650, Jackson, MS 39205, 601-965-1900

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & / [ ] 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | Slander / Pharmaceutical Personal Injury | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' / Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability / [ ] 368 Asbestos Personal | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 340 Marine / Injury Product | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| | [ ] 345 Marine Product / Liability | | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | Liability / **PERSONAL PROPERTY** | **LABOR** | | [ ] 485 Telephone Consumer |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | | Protection Act |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle / [ ] 371 Truth in Lending | [ ] 720 Labor/Management | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | Product Liability / [ ] 380 Other Personal | Relations | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ |
| [ ] 196 Franchise | [x] 360 Other Personal / Property Damage | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | Exchange |
| | Injury / [ ] 385 Property Damage | [ ] 751 Family and Medical | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| | [ ] 362 Personal Injury - / Product Liability | Leave Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| | Medical Malpractice | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate | | [ ] 871 IRS—Third Party 26 USC 7609 | Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ / Sentence | | | [ ] 950 Constitutionality of |
| [ ] 245 Tort Product Liability | Accommodations / [ ] 530 General | | | State Statutes |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - / [ ] 535 Death Penalty | **IMMIGRATION** | | |
| | Employment / **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 446 Amer. w/Disabilities - / [ ] 540 Mandamus & Other | [ ] 465 Other Immigration | | |
| | Other / [ ] 550 Civil Rights | Actions | | |
| | [ ] 448 Education / [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332, 1441 and 1446
Brief description of cause:
Personal Injury

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE_____  DOCKET NUMBER_____

DATE  07/27/2023
SIGNATURE OF ATTORNEY OF RECORD  *Jimmy Wilkins*

**FOR OFFICE USE ONLY**
RECEIPT #  1250   AMOUNT  $402.00   APPLYING IFP____  JUDGE____  MAG. JUDGE____