IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ESTATE OF NORA LEE**
**BEAUCHAMP by Danny**
**Ray Beauchamp, Executor** **PLAINTIFF**

**v.** **CAUSE NO. 1:23cv163-LG-RPM**

**TARGET CORPORATION** **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of the remaining claims in this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 6th day of February, 2025.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge